**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01607-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**AMY LYONS, Appellee**

**On Appeal from the County Criminal Court No. 3
Dallas County, Texas
Trial Court Cause No. MA13-34796**

## ORDER

Appellee in the above case was charged with DWI and filed a pre-trial motion to suppress. On July 31, 2014, we issued an unpublished opinion reversing the trial court's order granting the motion to suppress. Petition for discretionary review was refused by the Texas Court of Criminal Appeals on September 24, 2014, and our mandate issued on October 13, 2014. *See State v. Lyons*, No. 05–13–01607–CR, 2014 WL 3778913 (Tex. App.—Dallas July 31, 2014, pet ref'd).

The Court has before it the State's motion seeking return of State's Exhibit no. 1, the dashboard-camera video, so that it will be available for the trial of the case. We GRANT the motion to the extent that we ORDER Pamela Sweeney, official court

reporter of the County Criminal Court No. 3, to retrieve State's Exhibit no. 1 from the

Clerk of this Court within FIFTEEN DAYS of the date of this order.

/s/    LANA MYERS
          JUSTICE